UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWIGHT ZUNINO, | No. 2:22-cv-0140-EFB P |
| Petitioner, | |
| v. | ORDER |
| SUTTER COUNTY SUPERIOR COURT, | |
| Respondent. | |

Petitioner is a state prisoner proceeding without counsel seeking a writ of habeas corpus. In addition to his application for a writ of habeas corpus, he seeks leave to proceed in forma pauperis. *See* 28 U.S.C. § 1915(a). Petitioner's application for leave to proceed in forma pauperis, however, was not filed on the form used by this district. If petitioner seeks leave to proceed in forma pauperis, he must re-file his application using the proper form.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's January 24, 2022 application for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice;

2. Petitioner shall submit, within 30 days from the date of service of this order, a completed application to proceed in forma pauperis using the proper form;

3. The Clerk of the Court is directed to send petitioner a new Application to Proceed In Forma Pauperis By a Prisoner; and

1

4. Petitioner's failure to comply with this order may result in dismissal of this action.

DATED: January 26, 2022.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE